**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | |
|---|---|
| KAREN WILSON | * |
|    Plaintiff | * |
| v. | *   Civil Action No. |
| DRAPER & GOLDBERG, PLLC, et al | * |
| | * |
|    Defendants | |

\* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTIONT TO DISMISS

Plaintiff Karen Wilson, by her attorneys The Erwin Law Firm, P.A. pursuant to Rule 12(b) and Local Rule 9 respectfully moves for an extension of time to oppose defendant's Motion to Dismiss Complaint for one additional week until December 24, 2004, and sets forth the following reasons:

1. On October 18, 2004, defendants filed their Motion to Dismiss the Complaint for Failure to State a Cause of Action pursuant to Rule 12(b)(6).

2. On October 26, 2004, the Court granted plaintiff an extension of time to oppose the Motion until December 17, 2004, in order to conduct adequate discovery to oppose the Motion.

3. The parties have been diligently negotiating a Stipulation concerning the underlying facts, but some last minute issues have arisen which still need to be resolved.

4. Plaintiff's counsel believes these issues can be resolved within the next week and the Opposition filed on or before Friday, December 24, 2004.

5. In accordance with Local Rule 5, plaintiff's counsel has consulted with Scott Grigsby, counsel for defendants, and they consent to this extension of time.

WHEREFORE, plaintiff moves that her time for opposing defendant's Motion to Dismiss the Complaint be extended until December 24, 2004.

          Respectfully Submitted:

          _____
          H. Robert Erwin, Jr.
          The Erwin Law Firm, P.A.
          10 West Madison Street
          Baltimore, MD 21201
          (410) 385-6000

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of _____ 2004, Defendant's Motion for Extension of Time was mailed postage prepaid to Scott R. Grigsby, Draper & Goldberg, P.L.L.C., Suite 301, 803 Sycolin Road, Leesburg VA 20175. Attorney for Defendants.

          _____
          H. Robert Erwin, Jr.