**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KAREN WILSON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. WDQ-04-2917 |
| DRAPER & GOLDBERG, PLLC, et al | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF FILING OF LENGTHY EXHIBIT</u>**

Exhibits 1-4, which is an attachment to Plaintiff's Opposition to Defendants' Motion to Dismiss Complaint exists only in paper format and is longer than fifteen pages, or if scanned will be larger that 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

Date: December 24, 2004

H. Robert Erwin, Jr.
The Erwin Law Firm, P.A.
10 West Madison Street
Baltimore, MD 21201
(410) 385-6000
(410) 385-2310 FAX