**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | |
|---|---|
| KAREN WILSON | * |
|    Plaintiff | * |
| v. | *   Civil Action No.  WDQ-04-2917 |
| DRAPER & GOLDBERG, PLLC, et al | * |
| | * |
|    Defendants | |

\* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that Karen Wilson, Plaintiff in the above captioned case, by and through her attorneys The Erwin Law Firm, P.A., hereby appeals the Order entered in this case on March 3, 2005, to the United States Court of Appeals for the Fourth Circuit.

March 29, 2005                                                           _____
Date                                                                                H. Robert Erwin Jr. #03244
                                                                                                              The Erwin Law Firm, P.A.
                                                                                                              10 West Madison Street
                                                                                                              Baltimore, MD  21201
                                                                                                              (410) 385-6000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of March 2005,  Plaintiff's Notice of Appeal was mailed postage prepaid to Scott R. Grigsby, Draper & Goldberg, P.L.L.C., Suite 301, 803 Sycolin Road, Leesburg VA 20175.  Attorney for Defendants.

                                                                                                    _____
                                                                                                    H. Robert Erwin, Jr.